CASE NO. 24-7532

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**CITY AND COUNTY OF SAN FRANCISCO,**

*Plaintiff-Appellee,*

**vs.**

**PORT OF OAKLAND,**

*Defendant-Appellant.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
The Honorable Thomas S. Hixson, United States Magistrate Judge
Case No. 3:24-cv-02311-TSH

**EXCERPTS OF RECORD INDEX**

Mary C. Richardson (Bar No. 208586)
Kimberly I. McIntyre (Bar No. 184648)
**PORT OF OAKLAND**
530 Water Street
Oakland, California 94607
Tel: (510) 627-1572 / (510) 627-1205

Eugene M. Pak (Bar No. 168699)
Angela Han (Bar No. 317137)
**FENNEMORE LLP**

1

1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928

Stephen C. Willey (Bar No. 209164)
Brandi B. Balanda (*Pro Hac Vice*)
**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
Tel: (206) 749-0500 / Fax: (206) 749-0600

Timothy J. Berg
**FENNEMORE CRAIG, P.C.**
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Tel: (602) 916-5000 / Fax: (602) 916-5999

Therese Shanks
**FENNEMORE LLP**
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177

Attorneys for Defendant-Appellant Port of Oakland

# INDEX TO EXCERPTS OF RECORD

| Document | File Date | USDC ECF No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 7** | | | |
| Order Granting in Part and Denying in Part San Francisco's Motion for a Preliminary Injunction | 11/12/24 | ECF 77 | ER0003-ER0036 |
| **VOLUME 2 of 7** | | | |
| Transcript of Proceedings of the Official Electronic Sound Recording 1:12 – 2:42 = 102 Minutes | 11/7/24 | N/A | ER0039-ER0112 |
| Second Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 66 | ER0113-ER0116 |
| Exhibit DD to Second Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 66-1 | ER-0117-ER-0129 |
| Reply Report of Sarah Butler | 10/22/24 | ECF 65 | ER-0130-ER0158 |
| Exhibit A to Reply Report of Sarah Butler | 10/22/24 | ECF 65-1 | ER-0159-ER-0180 |
| Exhibit B to Reply Report of Sarah Butler | 10/22/24 | ECF 65-2 | ER-0181-ER-0183 |
| Exhibit C to Reply Report of Sarah Butler | 10/22/24 | ECF 65-3 | ER-0184-ER-0187 |
| Exhibit D to Reply Report of Sarah Butler | 10/22/24 | ECF 65-4 | ER-0188 |
| Second Declaration of Melissa Andretta in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 64 | ER-0189-ER-0193 |
| Second Declaration of Chris Burch in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 63 | ER-0194-ER-0195 |
| Exhibit A to Second Declaration of Chris Burch in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 63-1 | ER-0196-ER-0197 |
| Second Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 62 | ER-0198-ER-0201 |

| | | | |
|---|---|---|---|
| Exhibit A to Second Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 10/22/24 | ECF 62-1 | 202-205 |
| Reply Brief in Support of Plaintiff City and County of San Francisco's Motion for Preliminary Injunction Enjoining Defendants | 10/22/24 | ECF 61 | ER-0206-ER-0226 |
| Declaration of Dr. Carol A. Scott | 10/8/24 | ECF 59 | ER-0227-ER-0257 |
| Exhibit 1 to Declaration of Dr. Carol A. Scott | 10/8/24 | ECF 59-1 | ER-0258-ER-0264 |
| Exhibit 2 to Declaration of Dr. Carol A. Scott | 10/8/24 | ECF 59-2 | ER-0265-ER-0268 |
| Exhibit 3 to Declaration of Dr. Carol A. Scott | 10/8/24 | ECF 59-3 | ER-0269-ER-0270 |
| Exhibit 4 to Declaration of Dr. Carol A. Scott | 10/8/24 | ECF 59-4 | ER-0271-ER-0273 |
| Exhibit 5 to Declaration of Dr. Carol A. Scott | 10/8/24 | ECF 59-5 | ER-0274-ER-0281 |
| Declaration of Christopher Lindemeier | 10/8/24 | ECF 58 | ER-0282-ER-0290 |
| Exhibit 1 to Declaration of Christopher Lindemeier | 10/8/24 | ECF 58-1 | ER-0291-ER-0293 |
| Exhibit 2 to Declaration of Christopher Lindemeier | 10/8/24 | ECF 58-2 | ER-0294-ER-0295 |
| Exhibit 3 to Declaration of Christopher Lindemeier | 10/8/24 | ECF 58-3 | ER-0296-ER-0298 |
| Exhibit 4 to Declaration of Christopher Lindemeier | 10/8/24 | ECF 58-4 | ER-0299-ER-0302 |
| Exhibit 5 to Declaration of Christopher Lindemeier | 10/8/24 | ECF 58-5 | ER-0303-ER-0306 |
| Exhibit 6 to Declaration of Christopher Lindemeier | 10/8/24 | ECF 58-6 | ER-0307-ER-0310 |
| **VOLUME 3 of 7** | | | |
| Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57 | ER-0313-ER-0319 |
| Exhibit 1 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-1 | ER-0320-ER-0321 |

| | | | |
|---|---|---|---|
| Exhibit 2 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-2 | ER-0322-ER-0332 |
| Exhibit 3 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-3 | ER-0333-ER-0340 |
| Exhibit 4 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-4 | ER-0341-ER-0343 |
| Exhibit 5 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-5 | ER-0344-ER-0345 |
| Exhibit 6 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-6 | ER-0346-ER-0348 |
| Exhibit 7 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-7 | ER-0349-ER-0351 |
| Exhibit 8 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-8 | ER-0352-ER-0354 |
| Exhibit 9 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-9 | ER-0355-ER-0363 |
| Exhibit 10 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-10 | ER-0364-ER-0366 |
| Exhibit 11 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-11 | ER-0367-ER-0374 |
| Exhibit 12 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-12 | ER-0375-ER-0377 |
| Exhibit 13 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-13 | ER-0378-ER-0381 |
| Exhibit 14 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-14 | ER-0382-ER-0403 |
| Exhibit 15 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-15 | ER-0404-ER-0407 |
| Exhibit 16 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-16 | ER-0408-ER-0410 |
| Exhibit 17 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-17 | ER-0411-ER-0425 |
| Exhibit 18 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-18 | ER-0426-ER-0446 |
| Exhibit 19 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-19 | ER-0447-ER-0456 |
| Exhibit 20 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-20 | ER-0457-ER-0458 |

| | | | |
|---|---|---|---|
| Exhibit 21 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-21 | ER-0459-ER-0460 |
| Exhibit 22 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-22 | ER-0461-ER-0463 |
| Exhibit 23 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-23 | ER-0464-ER-0466 |
| Exhibit 24 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-24 | ER-0467-ER-0469 |
| Exhibit 25 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-25 | ER-0470-ER-0472 |
| Exhibit 26 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-26 | ER-0473-ER-0475 |
| Exhibit 27 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-27 | ER-0476-ER-0477 |
| Exhibit 28 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-28 | ER-0478-ER-0479 |
| Exhibit 29 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-29 | ER-0480-ER-0481 |
| Exhibit 30 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-30 | ER-0482-ER-0483 |
| Exhibit 31 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-31 | ER-0484-ER-0485 |
| Exhibit 32 to Declaration of Tiffany Yamasaki | 10/8/24 | ECF 57-32 | ER-0486-ER-0487 |
| Declaration of John Albrecht | 10/8/24 | ECF 56 | ER-0488-ER-0497 |
| Exhibit A to Declaration of John Albrecht | 10/8/24 | ECF 56-1 | ER-0498-ER-0504 |
| Exhibit B to Declaration of John Albrecht | 10/8/24 | ECF 56-2 | ER-0505-ER-0506 |
| Exhibit C to Declaration of John Albrecht | 10/8/24 | ECF 56-3 | ER-0507-ER-0518 |
| Declaration of Craig Simon | 10/8/24 | ECF 55 | ER-0519-ER-0530 |
| Exhibit A to Declaration of Craig Simon | 10/8/24 | ECF 55-1 | ER-0531-ER-0532 |
| Exhibit B to Declaration of Craig Simon | 10/8/24 | ECF 55-2 | ER-0533-ER-0535 |

| | | | |
|---|---|---|---|
| Exhibit C to Declaration of Craig Simon | 10/8/24 | ECF 55-3 | ER-0536-ER-0542 |
| Exhibit D to Declaration of Craig Simon | 10/8/24 | ECF 55-4 | ER-0543-ER-0545 |
| Declaration of Danny W. Wan | 10/8/24 | ECF 54 | ER-0546-ER-0556 |
| Exhibit A to Declaration of Danny W. Wan | 10/8/24 | ECF 54-1 | ER-0557-ER-0559 |
| Exhibit B to Declaration of Danny W. Wan | 10/8/24 | ECF 54-2 | ER-0560-ER-0565 |
| Exhibit C to Declaration of Danny W. Wan | 10/8/24 | ECF 54-3 | ER-0566-ER-0575 |
| Exhibit D to Declaration of Danny W. Wan | 10/8/24 | ECF 54-4 | ER-0576-ER-0578 |
| Exhibit E to Declaration of Danny W. Wan | 10/8/24 | ECF 54-5 | ER-0579-ER-0584 |
| Exhibit F to Declaration of Danny W. Wan | 10/8/24 | ECF 54-6 | ER-0585-ER-0586 |
| Exhibit G to Declaration of Danny W. Wan | 10/8/24 | ECF 54-7 | ER-0587-ER-0593 |
| Exhibit H to Declaration of Danny W. Wan | 10/8/24 | ECF 54-8 | ER-0594-ER-0595 |
| Exhibit I to Declaration of Danny W. Wan | 10/8/24 | ECF 54-9 | ER-0596-ER-0598 |
| Declaration of Dr. Sabine Reim | 10/8/24 | ECF 53 | ER-0599-ER-0606 |
| **VOLUME 4 of 7** | | | |
| Declaration of Piotr Rolek | 10/8/24 | ECF 52 | ER-0609-ER-0620 |
| Declaration of Jennifer Bridie | 10/8/24 | ECF 51 | ER-0621-ER-0627 |
| Defendant Port of Oakland's Opposition to Plaintiff's Motion for Preliminary Injunction | 10/8/24 | ECF 50 | ER-0628-ER-0660 |
| Order Vacating Case Management Conference | 9/17/24 | ECF 43 | ER-0661 |
| Declaration of Sarah Butler in Support of the City's Motion for Preliminary Injunction [Confusion Study + Exhibits] | 9/17/24 | ECF 42 | ER-0662-ER-0663 |

| | | | |
|---|---|---|---|
| Exhibit A to Declaration of Sarah Butler in Support of the City's Motion for Preliminary Injunction [Confusion Study + Exhibits] | 9/17/24 | ECF 42-1 | ER-0664-ER-0906 |
| **VOLUME 5 of 7** | | | |
| Exhibit A to Declaration of Sarah Butler in Support of the City's Motion for Preliminary Injunction [Confusion Study + Exhibits] *Continued* | 9/17/24 | ECF 42-1 | ER-0909-ER-0960 |
| Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41 | ER-0961-ER-0966 |
| Exhibit A to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-1 | ER-0967-ER-0970 |
| Exhibit B to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-2 | ER-0971-ER-0973 |
| Exhibit C to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-3 | ER-0974-ER-0975 |
| Exhibit D to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-4 | ER-0976-ER-0978 |
| Exhibit E to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-5 | ER-0979-ER-0983 |
| Exhibit F to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-6 | ER-0984-ER-0985 |
| Exhibit G to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-7 | ER-0986-ER-0988 |
| Exhibit H to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-8 | ER-0989-ER-0992 |
| Exhibit I to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-9 | ER-0993-ER-0995 |

| | | | |
|---|---|---|---|
| Exhibit J to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-10 | ER-0996-ER-0997 |
| Exhibit K to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-11 | ER-0998-ER-0999 |
| Exhibit L to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-12 | ER-1000-ER-1001 |
| Exhibit M to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-13 | ER-1002-ER-1003 |
| Exhibit N to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-14 | ER-1004-ER-1006 |
| Exhibit O to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-15 | ER-1007-ER-1008 |
| Exhibit P to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-16 | ER-1009-ER-1010 |
| Exhibit Q to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-17 | ER-1011-ER-1012 |
| Exhibit R to Declaration of Doug Yakel in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 41-18 | ER-1013-ER-1015 |
| Declaration of Ivar Satero in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 40 | ER-1016-ER-1018 |
| Exhibit A to Declaration of Ivar Satero in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 40-1 | ER-1019-ER-1020 |
| Exhibit B to Declaration of Ivar Satero in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 40-2 | ER-1021-ER-1024 |
| Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39 | ER-1025-ER-1031 |

| | | | |
|---|---|---|---|
| Exhibit A to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-1 | ER-1032-ER-1034 |
| Exhibit B to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-2 | ER-1035-ER-1063 |
| Exhibit C to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-3 | ER-1064-ER-1069 |
| Exhibit D to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-4 | ER-1070-ER-1073 |
| Exhibit E to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-5 | ER-1074-ER-1078 |
| Exhibit F to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-6 | ER-1079-ER-1086 |
| Exhibit G to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-7 | ER-1087-ER-1094 |
| Exhibit H to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-8 | ER-1095-ER-1101 |
| Exhibit I to Declaration of Charles Schuler in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 39-9 | ER-1102-ER-1110 |
| Declaration of Chris Birch in Support of the City and County of San Francisco's Motion for Preliminary Injunction | 9/17/24 | ECF 38 | ER-1111-ER-1113 |
| Exhibit A to Declaration of Chris Birch in Support of the City and County of San Francisco's Motion for Preliminary Injunction | 9/17/24 | ECF 38-1 | ER-1114-ER-1116 |
| Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37 | ER-1117-ER-1123 |
| Exhibit A to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-1 | ER-1124-ER-1206 |

| VOLUME 6 of 7 | | | |
|---|---|---|---|
| Exhibit B to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-2 | ER-1209-ER-1211 |
| Exhibit C to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-3 | ER-1212-ER-1223 |
| Exhibit D to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-4 | ER-1224-ER-1228 |
| Exhibit E to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-5 | ER-1229-ER-1232 |
| Exhibit F to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-6 | ER-1233-ER-1241 |
| Exhibit G to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-7 | ER-1242-ER-1250 |
| Exhibit H to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-8 | ER-1251-ER-1275 |
| Exhibit I to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-9 | ER-1276-ER-1281 |
| Exhibit J to Declaration of Melissa Tytko Andretta in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 37-10 | ER-1281-ER-1288 |
| Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36 | ER-1289-ER-1298 |
| Exhibit A to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-1 | ER-1299-ER-1302 |
| Exhibit B to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-2 | ER-1303-ER-1315 |
| Exhibit C to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-3 | ER-1316-ER-1322 |

| | | | |
|---|---|---|---|
| Exhibit D to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-4 | ER-1323-ER-1327 |
| Exhibit E to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-5 | ER-1328-ER-1331 |
| Exhibit F to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-6 | ER-1332-ER-1333 |
| Exhibit G to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-7 | ER-1334-ER-1335 |
| Exhibit H to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-8 | ER-1336-ER-1337 |
| Exhibit I to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-9 | ER-1338-ER-1344 |
| Exhibit J to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-10 | ER-1345-ER-1346 |
| Exhibit K to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-11 | ER-1347-ER-1350 |
| Exhibit L to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-12 | ER-1351-ER-1382 |
| Exhibit M to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-13 | ER-1383-ER-1384 |
| Exhibit N to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-14 | ER-1385-ER-1386 |
| Exhibit O to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-15 | ER-1387-ER-1388 |
| Exhibit P to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-16 | ER-1389-ER-1390 |

| | | | |
|---|---|---|---|
| Exhibit Q to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-17 | ER-1391-ER-1392 |
| Exhibit R to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-18 | ER-1393-ER-1398 |
| Exhibit S to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-19 | ER-1399-ER-1405 |
| Exhibit T to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-20 | ER-1406-ER-1407 |
| Exhibit U to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-21 | ER-1408-ER-1411 |
| Exhibit V to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-22 | ER-1412-ER-1414 |
| Exhibit W to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-23 | ER-1415-ER-1417 |
| Exhibit X to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-24 | ER-1418-ER-1419 |
| Exhibit Y to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-25 | ER-1420-ER-1429 |
| Exhibit Z to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-26 | ER-1430-ER-1434 |
| Exhibit AA to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-27 | ER-1435-ER-1438 |
| Exhibit BB to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-28 | ER-1439-ER-1448 |
| Exhibit CC to Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction | 9/17/24 | ECF 36-29 | ER-1449-ER-1456 |

| | | | |
|---|---|---|---|
| Plaintiff City and County of San Francisco's Notice of Motion and Motion for Preliminary Injunction Enjoining Defendants; Memorandum of Points and Authorities in Support Thereof | 9/17/24 | ECF 35 | ER-1457-ER-1489 |
| **VOLUME 7 of 7** | | | |
| Answer to Complaint and Counterclaim of Defendant City of Oakland, A Municipal Corporation, acting by and through Its Board of Port Commissioners (Port of Oakland) | 5/9/24 | ECF 15 | ER-1492-ER-1518 |
| First Amended Complaint | 5/3/24 | ECF 12 | ER-1519-ER-1560 |
| Preliminary Injunction Appeal | 12/12/24 | ECF 87 | ER-1561-ER-1565 |
| Lower Court Docket Sheet | 2/4/25 | N/A | ER-1566-ER-1579 |

14

## CERTIFICATE OF SERVICE

I certify that, on this date, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served with notification of this filing by the appellate CM/ECF system.

I hereby certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 6th day of February, 2025 at Seattle, Washington.

_____
Amanda Saeteurn

15