# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 24-7532

**Case Name** | City & County of San Francisco v. City of Oakland

**Requesting Party Name(s)** | City & County of San Francisco

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you must describe the document*)

The requested new due date is: Apr 24, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Please see Attachment A.

**Signature** | s/ Bobby Ghajar          **Date** | Mar 10, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      1      *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

    This motion is my [    ] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [    ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [    ]    **Date** [    ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [answering] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [Apr 3, 2025]

3. The brief's first due date was: [Feb 7, 2025]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   > Please see Attachment A.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [s/ Bobby Ghajar]   **Date** [Mar 10, 2025]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**ATTACHMENT A**

Good cause supports Plaintiff-Appellee the City and County of San Francisco's ("San Francisco") unopposed request for a 21-day extension of time to serve its answering brief, which is currently due April 3, 2025.

Counsel representing San Francisco in this appeal have numerous professional obligations that will significantly limit their ability to prepare the answering brief under the current schedule. Bobby Ghajar, who has served as lead counsel for San Francisco in this case, is responsible for preparing and filing a cross-motion for summary judgment, an opposition to a motion for summary judgment, and a motion to exclude evidence, all due March 24, 2025, in *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (N.D. Cal.). Mr. Ghajar is also responsible for overseeing discovery in *Metabyte, Inc. v. Meta Platforms Inc.*, No. 3:23-cv-04862-VC (N.D. Cal.), which is scheduled to close on April 15, 2025. Patrick Hayden, who will have significant responsibility for preparing San Francisco's answering brief, is also responsible for serving as second chair at a Third Circuit oral argument scheduled for April 1, 2025 in *In re Whittaker Clark & Daniels*, Nos. 24-2210 & 24-2211 (3d Cir.), and is responsible for drafting and filing a principal cross-appeal brief due April 3, 2025 in *Sandoz Inc., et al. v. United Therapeutics Corp.*, Nos. 24-3067, 24-3116 & 24-3146 (3d Cir.). In addition to outside counsel's commitments, San Francisco's in-house attorneys assisting with this appeal are responsible for preparing a motion for summary judgment due April 3, 2025 in *Coalition on Homelessness, et al. v. City and County of San Francisco*, No. 4:22-cv-505502 (N.D. Cal.).

On March 10, 2025, counsel for Defendant-Appellant informed counsel for San Francisco that it does not oppose this request.