|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | APR 7 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CITY AND COUNTY OF SAN FRANCISCO,

        Plaintiff-ctr-defendant - Appellee,

 v.

CITY OF OAKLAND, a Municipal Corporation, acting by and through its Board of Port Commissioners and PORT OF OAKLAND,

        Defendant-ctr-claimants - Appellants.

No. 24-7532

D.C. No. 3:24-cv-02311-TSH
Northern District of California, San Francisco

ORDER

The briefing schedule previously set by the court is amended as follows: the answering brief is due June 24, 2025; the optional reply brief is due within 21 days from the service date of the answering brief.

On or before June 02, 2025, counsel are requested to contact the mediator (Stephen_Liacouras@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator