# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7532

**Case Name** City and County of San Francisco v. City of Oakland, et al.

**Hearing Location** (*city*) San Francisco

**Your Name** Timothy J. Berg

List the sitting dates for the two sitting months you were asked to review:

November 3-7, December 1-5 and December 8-12

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am not available on December 8 and 9 due to a personal commitment that requires me to be in Phoenix on those days.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Timothy J. Berg     **Date** 7/14/25

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**     *New 12/01/2018*