# Cooley

Bobby Ghajar                                                                                    Via ECF
T: +1 310 883 6404
bghajar@cooley.com

April 17, 2026

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re:     *City & County of San Francisco v. Port of Oakland*, No. 24-7532

Dear Ms. Dwyer:

On behalf of all parties and pursuant to this Court's order dated March 20, 2026 (Dkt. 46), we write to provide an update on the status of the parties' settlement discussions. Since providing their last status report on March 20, 2026 (Dkt. 45), the parties have continued to work diligently with the mediator and through direct discussions between counsel, to reach a final settlement agreement. Specifically, after several exchanges through the mediator, on March 30, 2026 outside counsel for the Parties met alongside the mediator and exchanged further proposed language to attempt to resolve the few outstanding issues with respect to the settlement agreement. The Parties are pleased to report that they have resolved the outstanding issues and are moving towards execution of a final settlement agreement, which requires certain approvals and signatures. The parties anticipate finalizing a settlement agreement within 14 days.

Consistent with this Court's prior order, the parties will notify the Court within five days of the approval and execution of a settlement agreement. If the agreement does not become effective within 14 days, the parties will promptly notify the Court.

We appreciate the Court's attention to this matter, and we would be happy to provide any additional information.

# Cooley

Molly C. Dwyer
April 17, 2026
Page Two

Respectfully,

/s/ *Bobby Ghajar*
Bobby Ghajar
Judd D. Lauter
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
(415) 693-2000
bghajar@cooley.com
jlauter@cooley.com

Patrick J. Hayden
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
phayden@cooley.com

*Counsel for Plaintiff-Appellee*
*the City and County of San Francisco*

/s/ *Brandi B. Balanda*
Stephen C. Willey
Brandi B. Balanda
FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500
swilley@fennemorelaw.com
bbalanda@fennemorelaw.com

Eugene M. Pak
FENNEMORE CRAIG, P.C.
1111 Broadway, 24th Floor
Oakland, California 94607
(510) 834-6600
epak@fennemorelaw.com

*Counsel for Defendant-Appellant*
*Port of Oakland*