No. 24-7532

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiff-Appellee,*

**v.**

PORT OF OAKLAND,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
The Honorable Thomas S. Hixson, United States Magistrate Judge
Case No. 3:24-cv-02311-TSH

**STIPULATED MOTION TO VOLUNTAIRLY DISMISS APPEAL WITH
PREJUDICE**

| | |
|---|---|
| BOBBY GHAJAR | MARY C. RICHARDSON |
| JUDD D. LAUTER | KIMBERLY I. MCINTYRE |
| COOLEY LLP | PORT OF OAKLAND |
| 1333 2nd Street, Suite 400 | 530 Water Street |
| Santa Monica, CA 90401 | Oakland, CA 94607 |
| bghajar@cooley.com | kmcintyre@portoakland.com |
| | |
| PATRICK J. HAYDEN | EUGENE M. PAK |
| COOLEY LLP | ANGELA HAN |
| | FENNEMORE LLP |

55 Hudson Yards
New York, NY 10001
(212) 479-6000

*Counsel for Plaintiff-Appellee*
*the City and County of San Francisco*


DAVID CHIU
YVONNE R. MERÉ
JULIE VEIT
CHRISTOPHER STUART
SAN FRANCISCO CITY ATTORNEY'S
OFFICE
Fox Plaza
1390 Market Street
7th Floor
San Francisco, CA 94102

*Counsel for Plaintiff-Appellee*
*the City and County of San Francisco*

1111 Broadway, 24th Floor
Oakland, CA  94607

*Counsel for Defendant-Appellant Port of*
*Oakland*


STEPHEN C. WILLEY
BRANDI B. BALANDA
FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104

TIMOTHY J. BERG
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016

THERESE SHANKS
FENNEMORE LLP
7800 Rancharrah Parkway
Reno, NV 89511

*Counsel for Defendant-Appellant Port of*
*Oakland*

**STIPULATED MOTION TO VOLUNTAIRLY DISMISS APPEAL WITH PREJUDICE**

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby stipulate and move the Court for an order dismissing the above-captioned appeal with prejudice.

The parties have agreed that each side shall bear its own costs and fees on appeal.

**CERTIFICATE OF COMPLIANCE**

1. This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 49 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and 27(a)(2)(B).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman typeface.

Date: May 4, 2026                                    **FENNEMORE LLP**

                                        By   */s/Brandi B. Balanda*
                                             Eugene M. Pak
                                             1111 Broadway, 24th Floor
                                             Oakland, California  94607
                                             Telephone: (510) 834-6600
                                             Facsimile: (510) 834-1928
                                             Email:epak@fennemorelaw.com

                                             **FENNEMORE CRAIG, P.C.**
                                             Stephen C. Willey
                                             Brandi B. Balanda
                                             999 Third Avenue, Suite 600
                                             Seattle, Washington 98104
                                             Telephone: 206.749.0500
                                             Facsimile: 206.749.0600
                                             Email: swilley@fennemorelaw.com
                                             Email: bbalanda@fennemorelaw.com

                                             **FENNEMORE CRAIG, P.C.**
                                             Timothy J. Berg
                                             2394 E. Camelback Road, Suite 600
                                             Phoenix, AZ 85016
                                             Telephone: (602) 916-5000
                                             Facsimile: (602) 916-5999
                                             Email: tberg@fennemorelaw.com

                                             **FENNEMORE LLP**

3

Therese Shanks
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: tshanks@fennemorelaw.com

*Attorneys for Defendant-Appellant
Port of Oakland*

Date: May 4, 2026      **COOLEY LLP**

*By*   */s/Bobby Ghajar*

Bobby Ghajar (by permission)
Judd Lautner
Jessica Williams
3 Embarcadero, 20th Floor
San Francisco, CA 94111
Tel: (415) 693-2000

COOLEY LLP
Patrick J. Hayden
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 579-6000

**CITY HALL**
David Chiu
Yvonne R. Mere
Julie Veit
Christopher Stuart
Fox Plaza
1390 Market Street
7th Floor
San Francisco, CA 94102
Tel: (415) 554-4700

*Attorneys for Plaintiff-Appellee the
City and County of San Francisco*

4

## CERTIFICATE OF SERVICE

I certify that, on this date, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served with notification of this filing by the appellate CM/ECF system.

I hereby certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 4th day of May, 2026 at Seattle, Washington.

_____
Xiaoshi Zhang

i